John Robert DEMOS, Jr.,
Plaintiff–Appellant,

v.

George BUSH, President; State of West Virginia; Governor of West Virginia; Attorney General of the State of West Virginia; Warden of the West Virginia State Prison, Defendants–Appellees.

No. 01–7589.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2002.

Decided March 28, 2002.

John Robert Demos, Jr., Appellant Pro Se.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John Robert Demos, Jr., appeals the district court's order denying his "Motion in Bar or in the Alternative a Special Motion." We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Demos v. Bush,* No. CA–01–48–3 (N.D.W.Va. Aug. 17, 2001). We note that, to the extent that Demos seeks to challenge a Washington conviction, the federal district court in the Southern District of West Virginia lacks jurisdiction to consider a 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition challenging that conviction. *See* 28 U.S.C. § 2241(d) (1994). We deny the motion for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*